**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14CV35-RLV**

LAURA GAYLE HOBBS, Administrator of
the Estate of DONAVON LUKE HOBBS,

                  Plaintiff,

     v.

PHILLIP H. REDMOND, officially as Sheriff
of Iredell County,
TRAVELERS INDEMNITY CO., as surety for
the Sheriff,
DONALD A. GULLETT, individually and
officially,
JUDITH ANN GENTLE, individually and
officially,
HEATHER COLE HARTSOE, individually
and officially, and
H. VAN DYKE, individually, and
SOUTHERN HEALTH PARTNERS, INC.,

                  Defendants.

## Order for Remand

By stipulation by the parties, this matter is remanded to the Superior Court of Iredell County pursuant to 28 U.S.C. § 1447(c). The Plaintiff has dismissed voluntarily the sole federal claim in the case. The Court lacks original subject matter jurisdiction over the remaining state law claims. In accordance with § 1447(c), the Deputy Clerk shall forward a certified copy of the instant Order for Remand to the Iredell County Clerk.

Signed: May 13, 2014

Richard L. Voorhees
United States District Judge